| | |
|---|---|
| NAME, ADDRESS, AND TELEPHONE NUMBER OF ATTORNEY(S) OR OF PARTY APPEARING IN PRO PER<br><br>A. Eric Bjorgum (SBN 198392)<br>KARISH & BJORGUM, PC<br>119 E. Union Street, Suite B<br>Pasadena CA 91103<br>213.785.8070<br>eric.bjorgum@kb-ip.com | |
| ATTORNEY(S) FOR:  Defendants | |

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Tresóna Multimedia, LLC, an Arizona limited liability company,<br><br>Plaintiff(s),<br>v.<br>Burbank High School Vocal Music Association; et al.<br><br>Defendant(s) | CASE NUMBER:<br><br>CV16-04781-SVW-FFM<br><br>**CERTIFICATION AND NOTICE OF INTERESTED PARTIES**<br>**(Local Rule 7.1-1)** |

TO:    THE COURT AND ALL PARTIES OF RECORD:

The undersigned, counsel of record for _____Burbank High School Vocal Music Association; et al._____ or party appearing in pro per, certifies that the following listed party (or parties) may have a pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

(List the names of all such parties and identify their connection and interest. Use additional sheet if necessary.)

| PARTY | CONNECTION / INTEREST |
|---|---|
| Tresóna Multimedia, LLC | Plaintiff |
| Burbank High School Vocal Music Association Boosters Club (a 501(c)(3) non-profit)<br>Ellie Stockwell and John Doe Stockwell;<br>Marianne Winters and John Doe Winters,<br>Geneva Tarandek and John Doe Tarandek;<br>Lorna Consoli and John Doe Consoli;<br>Charles Rodriguez and Jane Doe Rodriguez;<br>Brett Carroll and John Doe Carroll. | Defendants |

_____8/3/2016_____     /s/ A. Eric Bjorgum
Date                                  Signature

Attorney of record for (or name of party appearing in pro per):

Burbank High School Vocal Music Association; et al