POS-010

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address)*: <br> William D. Chapman, Bar No. 100535 <br> A Member of CADDEN & FULLER LLP <br> 114 Pacifica, Suite 450 <br> Irvine, California 92618-3326 <br> TELEPHONE NO: (949) 788-0827   FAX NO *(Optional)*: (949) 450-0650 <br> E-MAIL ADDRESS *(Optional)*: wchapman@caddenfuller.com <br> ATTORNEY FOR *(Name)*: Tresona Multimedia, LLC | FOR COURT USE ONLY |
|---|---|
| SUPERIOR COURT OF CALIFORNIA, COUNTY OF Central District of California <br> STREET ADDRESS: 411 West Fourth Street Room 1053 <br> MAILING ADDRESS: 411 West Fourth Street Room 1053 <br> CITY AND ZIP CODE: Santa Ana, 92701 <br> BRANCH NAME: United States District Court | |
| PLAINTIFF / PETITIONER: Tresona Multimedia, LLC <br> DEFENDANT / RESPONDENT: Burbank High School Vocal Music Assoc, Brett Carroll, Ellie Stockwell, Marianne Winters, Geneva Tarandeck, Lorna Consoli, and Charles Rodriguez | CASE NUMBER: <br> 2:16-cv-04781 SVW (FFMx) |
| PROOF OF SERVICE OF SUMMONS | Ref. No. or File No.: <br> 934949 |

*(Separate proof of service is required for each party served.)*

1. At the time of service I was at least 18 years of age and not a party to this action.
2. I served copies of:
   a. [X] summons
   b. [X] complaint
   c. [ ] Alternative Dispute Resolution (ADR) package
   d. [ ] Civil Case Cover Sheet *(served in complex cases only)*
   e. [ ] cross-complaint
   f. [ ] other *(specify documents)*:
3. a. Party served *(specify name of party as shown on documents served)*:
      Brett Carroll
   b. [ ] Person (other than the party in item 3a) served on behalf of an entity or as an authorized agent (and not a person under item 5b on whom substituted service was made) *(specify name and relationship to the party named in item 3a)*:

4. Address where the party was served:
   7430 Cleon Ave, Burbank, CA 91502
5. I served the party *(check proper box)*
   a. [ ] **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on *(date)*:                    (2) at *(time)*:
   b. [X] **by substituted service.** On *(date)*: Fri, Jul 15 2016       at *(time)*: 09:28 AM       I left the documents listed in item 2 with or in the presence of *(name and title or relationship to person indicated in item 3)*:
      Brett Carroll
      (1) [ ] **(business)** a person at least 18 years of age apparently in charge at the office or usual place of business of the person to be served. I informed him or her of the general nature of the papers.
      (2) [X] **(home)** a competent member of the household (at least 18 years of age) at the dwelling house or usual place of abode of the party. I informed him or her of the general nature of the papers.
      (3) [ ] **(physical address unknown)** a person at least 18 years of age apparently in charge at the usual mailing address of the person to be served, other than a United States Postal Service post office box. I informed him or her of the general nature of the papers.
      (4) [X] I thereafter mailed (by first-class, postage prepaid) copies of the documents to the person to be served at the place where the copies were left (Code Civ. Proc., § 415.20). I mailed the documents on *(date)*: Fri, Jul 15 2016 from *(city)*: Temecula, CA       or [ ] a declaration of mailing is attached.
      (5) [X] I attach a **declaration of diligence** stating actions taken first to attempt personal service.

---

Form Adopted for Mandatory Use <br> Judicial Council of California <br> POS-010 [Rev. January 1, 2007]   **PROOF OF SERVICE OF SUMMONS**   Page 1 of 2 <br> Code of Civil Procedure, § 417.10

| PLAINTIFF / PETITIONER: Tresona Multimedia, LLC<br>DEFENDANT / RESPONDENT: Burbank High School Vocal Music Assoc, Brett Carroll, Ellie Stockwell, Marianne Winters, Geneva Tarandeck, Lorna Consoli, and Charles Rodriguez | CASE NUMBER:<br>2:16-cv-04781 SVW (FFMx) |
|---|---|

5. c. ☐ **by mail and acknowledgment of receipt of service.** I mailed the documents listed in item 2 to the party, to the address shown in item 4, by first-class mail, postage prepaid,
    (1) on *(date)*:    (2) from *(city)*:
    (3) ☐ with two copies of the *Notice and Acknowledgment of Receipt* and a postage-paid return envelope addressed to me. *(Attach completed Notice and Acknowledgement of Receipt.)* (Code Civ. Proc., § 415.30.)
    (4) ☐ to an address outside California with return receipt requested. (Code Civ. Proc., § 415.40.)
  d. ☐ **by other means** *(specify means of service and authorizing code section)*:

    ☐ Additional page describing service is attached.

6. The "Notice to the Person Served" (on the summons) was completed as follows:
  a. ☒ as an individual defendant.
  b. ☐ as the person sued under the fictitious name of *(specify)*:
  c. ☐ as occupant.
  d. ☐ On behalf of *(specify)*:
    under the following Code of Civil Procedure section:
    ☐ 416.10 (corporation)    ☐ 415.95 (business organization, form unknown)
    ☐ 416.20 (defunct corporation)    ☐ 416.60 (minor)
    ☐ 416.30 (joint stock company/association)    ☐ 416.70 (ward or conservatee)
    ☐ 416.40 (association or partnership)    ☐ 416.90 (authorized person)
    ☐ 416.50 (public entity)    ☐ 415.46 (occupant)
    ☐ other:

7. **Person who served papers**
  a. Name: Jorge Rivera
  b. Address: 27315 Jefferson Ave Suite J-37, Temecula, CA 92590
  c. Telephone number: (951) 676-1300
  d. **The fee** for service was: $ 37.50
  e. I am:
    (1) ☐ not a registered California process server.
    (2) ☐ exempt from registration under Business and Professions Code section 22350(b).
    (3) ☒ a registered California process server:
      (i) ☐ owner ☐ employee ☒ independent contractor
      (ii) Registration No: 4690
      (iii) County: Los Angeles

8. ☐ I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.
    or
9. ☒ I am a **California sheriff or marshal** and I certify that the foregoing is true and correct.

Date: July 15, 2016

Jorge Rivera
(NAME OF PERSON WHO SERVED PAPERS / SHERIFF OR MARSHAL)    (SIGNATURE)

MC-031

| PLAINTIFF / PETITIONER: Tresona Multimedia, LLC | CASE NUMBER: |
|---|---|
| DEFENDANT / RESPONDENT: Burbank High School Vocal Music Assoc, Brett Carroll, Ellie Stockwell, Marianne Winters, Geneva Tarandeck, Lorna Consoli, and Charles Rodriguez | 2:16-cv-04781 SVW (FFMx) |

## DECLARATION OF DILIGENCE

(This form must be attached to another form or court paper before it can be filed in court.)

1) Unsuccessful Attempt: Jul 13, 2016, 7:30 pm PDT at Home: 7430 Cleon Ave, Burbank, CA 91502

No answer

2) Unsuccessful Attempt: Jul 14, 2016, 10:40 am PDT at Home: 7430 Cleon Ave, Burbank, CA 91502

No answer

3) Successful Attempt: Jul 15, 2016, 9:28 am PDT at Home: 7430 Cleon Ave, Burbank, CA 91502 received by Brett Carroll. Age: 40; Ethnicity: Caucasian; Gender: Male; Weight: 180-200; Height: 5'8"; Hair: Brown; Other: Occupant refused to open door after announcing who I was and that I had papers to serve.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date:   July 15, 2016

Jorge Rivera

(TYPE OR PRINT NAME)

(SIGNATURE OF DECLARANT)

☐ Attorney for  ☐ Plaintiff  ☐ Petitioner  ☐ Defendant
☐ Respondent   ☐ Other *(Specify):*

Form Approved for Optional Use
Judicial Council of California
MC-031 [Rev.July 1, 2005]

ATTACHED DECLARATION

Page 1 of 1