Eric Bjorgum (Bar No. 198392)
Marc Karish (Bar No. 205440)
KARISH & BJORGUM, PC
119 E. Union St., Suite B
Pasadena, California 91103
Telephone:   (213) 785-8070
Facsimile:   (213) 995-5010

Attorneys for DEFENDANTS BURBANK HIGH SCHOOL VOCAL MUSIC ASSOCIATION BOOSTERS CLUB, ELLIE STOCKWELL, MARIANNE WINTERS, GENEVA TARANDEK, LORNA CONSOLI, CHARLES RODRIGUEZ, and their respective spouses

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRESONA MULTIMEDIA, LLC, an Arizona limited liability company,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>BURBANK HIGH SCHOOL VOCAL MUSIC ASSOCIATION; BRETT CARROLL and JOHN DOE CARROLL, a married couple; ELLIE STOCKWELL and JOHN DOE STOCKWELL, a married couple; MARRIANNE WINTERS and JOHN DOE WINTERS, a married couple; GENEVA TARANDEK and JOHN DOE TARANDEK, a married couple; LORNA CONSOLI and JOHN DOE CONSOLI, a married couple; CHARLES RODRIGUEZ and JANE DOE RODRIGUEZ,<br><br>　　　　　Defendants. | Case No.  2:16-CV-04781-SVW (FFMx)_____<br><br>**DECLARATION OF ELLIE STOCKWELL IN SUPPORT OF DEFENDANTS' MOTION FOR SUMMARY JUDGMENT**<br><br>Judge: Hon. Stephen V. Wilson<br>Date:  January 9, 2017<br>Time: 1:30 pm.<br>Place: Courtroom 10A (1st St. Courthouse) |

## DECLARATION OF ELLIE STOCKWELL

I, Ellie Stockwell, declare as follows:

1. I am a Defendant in this action and a former board member and President of the Burbank High School Vocal Music Association Boosters Club ("Boosters Club"), another Defendant in this Action. I make this Declaration of my own personal knowledge in support of my Motion for Summary Judgment.

2. My position with Boosters Club was as a volunteer. I did not receive compensation (other than reasonable reimbursement or allowance for expenses actually incurred), or any other thing of value in lieu of compensation, in excess of $500 per year, in exchange for being on the Board.

3. The Boosters Club does not regularly discuss copyright issues. Most of our duties center on fundraising and the Boosters Club budget for matters such as paying for costumes, travel and the incidental expenses of putting on show choir concerts. We did not handle any legal issues.

4. To my knowledge, Boosters Club has never before been accused of copyright infringement or any violation of intellectual property rights. There was no reason for the Board of the Boosters Club to be aware of the facts surrounding this matter before this dispute arose.

5. I understand that this case is about copyrights for songs performed by the Choir. In the normal course of business, it is my understanding that the Boosters Club would periodically pay for arrangements of songs.

6. I am not knowledgeable about copyright law or music clearances.

7. I am unmarried.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct. Executed this 12th day of December, 2016 at Burbank, California.

*Ellie Stockwell*

Ellie Stockwell