1  Eric Bjorgum (Bar No. 198392)
   Marc Karish (Bar No. 205440)
2  KARISH & BJORGUM, PC
   119 E. Union St., Suite B
3  Pasadena, California 91103
   Telephone:    (213) 785-8070
4  Facsimile:    (213) 995-5010

5
6  Attorneys for DEFENDANTS BURBANK HIGH
   SCHOOL VOCAL MUSIC ASSOCIATION BOOSTERS
7  CLUB, ELLIE STOCKWELL, MARIANNE WINTERS,
   GENEVA TARANDEK, LORNA CONSOLI, CHARLES
8  RODRIGUEZ, and their respective spouses

9

10            **UNITED STATES DISTRICT COURT**

11            **CENTRAL DISTRICT OF CALIFORNIA**

12

13

14  TRESONA MULTIMEDIA, LLC, an        Case No.  _2:16-CV-04781-SVW
    Arizona limited liability company,  (FFMx)
15
              Plaintiff,               **DECLARATION OF GENEVA**
16                                     **TARANDEK IN SUPPORT OF**
        v.                             **DEFENDANTS' MOTION FOR**
17                                     **SUMMARY JUDGMENT**
    BURBANK HIGH SCHOOL VOCAL
    MUSIC ASSOCIATION; BRETT
18  CARROLL and JOHN DOE               Judge: Hon. Stephen V. Wilson
    CARROLL, a married couple; ELLIE   Date:  January 9, 2017
19  STOCKWELL and JOHN DOE             Time: 1:30 pm.
    STOCKWELL, a married couple;       Place: Courtroom 10A (1st St.
20  MARRIANNE WINTERS and JOHN         Courthouse)
    DOE WINTERS, a married couple;
21  GENEVA TARANDEK and JOHN
    DOE TARANDEK, a married couple;
22  LORNA CONSOLI and JOHN DOE
    CONSOLI, a married couple;
23  CHARLES RODRIGUEZ and JANE
    DOE RODRIGUEZ,
24
              Defendants.
25

26

27

28

## DECLARATION OF GENEVA TARANDEK

I, Geneva Tarandek, declare as follows:

1.  I am a Defendant in this action and a former Board member of the Burbank High School Vocal Music Association Boosters Club ("Boosters Club"), another Defendant in this Action.  I make this Declaration of my own personal knowledge in support of my Motion for Summary Judgment.

2.  My position with the Boosters Club was as a volunteer from August 2014 to July 2016.  I did not receive compensation (other than reasonable reimbursement or allowance for expenses actually incurred), or any other thing of value in lieu of compensation, in excess of $500 per year, in exchange for being on the Board.

3.  Prior to hearing about this matter in January 2016, I had not heard about nor discussed anything related to copyright at any board meeting.  Most of our duties centered on fundraising for matters such as paying for costumes, travel and the incidental expenses of putting on show choir concerts.

4.  To my knowledge, Boosters Club has never before been accused of copyright infringement or any violation of intellectual property rights.  There was no reason for the Board of the Boosters Club to be aware of the facts surrounding this matter before this dispute arose.

5.  I understand that this case is about copyrights for songs performed by the Choir.  In the normal course of business, it is my understanding that the Boosters Club would periodically pay for arrangements of songs.

6.      I am not knowledgeable about copyright law or music clearances. I am a Kindergarten teacher and volunteered my time to help out my daughter's choir at school.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.  Executed this 11th day of December, 2016 at Burbank, California.

*Geneva Tarandek*

Geneva Tarandek

DECLARATION OF GENEVA TARENDEK