Eric Bjorgum (Bar No. 198392)
Marc Karish (Bar No. 205440)
KARISH & BJORGUM, PC
119 E. Union St., Suite B
Pasadena, California 91103
Telephone:  (213) 785-8070
Facsimile:  (213) 995-5010

Attorneys for DEFENDANTS BURBANK HIGH SCHOOL VOCAL MUSIC ASSOCIATION BOOSTERS CLUB, ELLIE STOCKWELL, MARIANNE WINTERS, GENEVA TARANDEK, LORNA CONSOLI, CHARLES RODRIGUEZ, and their respective spouses

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRESONA MULTIMEDIA, LLC, an Arizona limited liability company,<br>                Plaintiff,<br>         v.<br>BURBANK HIGH SCHOOL VOCAL MUSIC ASSOCIATION; BRETT CARROLL and JOHN DOE CARROLL, a married couple; ELLIE STOCKWELL and JOHN DOE STOCKWELL, a married couple; MARRIANNE WINTERS and JOHN DOE WINTERS, a married couple; GENEVA TARANDEK and JOHN DOE TARANDEK, a married couple; LORNA CONSOLI and JOHN DOE CONSOLI, a married couple; CHARLES RODRIGUEZ and JANE DOE RODRIGUEZ,<br>                Defendants. | Case No.  2:16-CV-04781-SVW (FFMx)<br><br>**DECLARATION OF ED TARANDEK IN SUPPORT OF DEFENDANTS' MOTION FOR SUMMARY JUDGMENT**<br><br>Judge: Hon. Stephen V. Wilson<br>Date: January 9, 2017<br>Time: 1:30 pm.<br>Place: Courtroom 10A (1st St. Courthouse) |

1
DECLARATION OF ED TARENDEK

## DECLARATION OF ED TARANDEK

I, Ed Tarandek, declare as follows:

1. I am married to Geneva Tarandek, a Defendant in this action and a former volunteer Board member of the Burbank High School Vocal Music Association Boosters Club ("Boosters Club"), another Defendant in this Action. I make this Declaration of my own personal knowledge in support of Defendants' Motion for Summary Judgment.

2. I was not involved in the Boosters Club in any way. I have no knowledge of any copyright issues or music licensing issues regarding the Burbank High School Show Choir.

3. Before this dispute arose, I knew nothing about any of the facts or legal issues raised by this litigation.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct. Executed this 11th day of December, 2016 at Burbank, California.

*[signature]*

Ed Tarandek