Eric Bjorgum (Bar No. 198392)
Marc Karish (Bar No. 205440)
KARISH & BJORGUM, PC
119 E. Union St., Suite B
Pasadena, California 91103
Telephone:    (213) 785-8070
Facsimile:    (213) 995-5010

Attorneys for DEFENDANTS BURBANK HIGH SCHOOL VOCAL MUSIC ASSOCIATION BOOSTERS CLUB, ELLIE STOCKWELL, MARIANNE WINTERS, GENEVA TARANDEK, LORNA CONSOLI, CHARLES RODRIGUEZ, and their respective spouses

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRESONA MULTIMEDIA, LLC, an Arizona limited liability company,<br>Plaintiff,<br>v.<br>BURBANK HIGH SCHOOL VOCAL MUSIC ASSOCIATION; BRETT CARROLL and JOHN DOE CARROLL, a married couple; ELLIE STOCKWELL and JOHN DOE STOCKWELL, a married couple; MARRIANNE WINTERS and JOHN DOE WINTERS, a married couple; GENEVA TARANDEK and JOHN DOE TARANDEK, a married couple; LORNA CONSOLI and JOHN DOE CONSOLI, a married couple; CHARLES RODRIGUEZ and JANE DOE RODRIGUEZ,<br>Defendants. | Case No. _2:16-CV-04781-SVW (FFMx)_____<br><br>**DECLARATION OF "JOHN DOE CONSOLI" IN SUPPORT OF DEFENDANTS' MOTION FOR SUMMARY JUDGMENT**<br><br>Judge: Hon. Stephen V. Wilson<br>Date:  January 9, 2017<br>Time: 1:30 pm.<br>Place: Courtroom 10A (1st St. Courthouse) |

1

2 **<u>DECLARATION OF "JOHN DOE CONSOLI"</u>**

3    I, _Mariano Perez_, declare as follows:

4       1.   I am married to Lorna Consoli, a Defendant in this action and a

5 former volunteer Board member of the Burbank High School Vocal Music

6 Association Boosters Club ("Boosters Club"), another Defendant in this Action.  I

7 understand that Plaintiff in this action has attempted to file suit against "John Doe

8 Consoli," the husband of Lorna Consoli. I make this Declaration of my own personal

9 knowledge in support of Defendants' Motion for Summary Judgment.

10       2.   I was not involved in the Boosters Club in anyway.  I have no

11 knowledge of any copyright issues or music licensing issues regarding the Burbank

12 High School Show Choir.

13       3.   Before this dispute arose, I knew nothing about any of the facts

14 or legal issues raised by this litigation.

15    I declare under penalty of perjury under the laws of the United States

16 that the foregoing is true and correct.  Executed this 12th day of December, 2016 at

17 _Burbank_, California.

18

19                                     _____

20                                             Consoli

21

22

23

24

25

26

27

28

DECLARATION OF "JOHN DOE CONSOLI"