1  Eric Bjorgum (Bar No. 198392)
   Marc Karish (Bar No. 205440)
2  KARISH & BJORGUM, PC
   119 E. Union St., Suite B
3  Pasadena, California 91103
   Telephone:   (213) 785-8070
4  Facsimile:   (213) 995-5010

5

6  Attorneys for DEFENDANTS BURBANK HIGH
   SCHOOL VOCAL MUSIC ASSOCIATION BOOSTERS
7  CLUB, ELLIE STOCKWELL, MARIANNE WINTERS,
   GENEVA TARANDEK, LORNA CONSOLI, CHARLES
8  RODRIGUEZ, and their respective spouses

9

10              UNITED STATES DISTRICT COURT
11              CENTRAL DISTRICT OF CALIFORNIA
12

13

14 | TRESONA MULTIMEDIA, LLC, an        | Case No. _2:16-CV-04781-SVW
15 | Arizona limited liability company, | (FFMx)_____
   |            Plaintiff,              |
16 |      v.                            | **DECLARATION OF "JANE DOE
17 | BURBANK HIGH SCHOOL VOCAL          | RODRIGUEZ" IN SUPPORT OF
   | MUSIC ASSOCIATION; BRETT           | DEFENDANTS' MOTION FOR
18 | CARROLL and JOHN DOE                | SUMMARY JUDGMENT**
19 | CARROLL, a married couple; ELLIE   |
   | STOCKWELL and JOHN DOE             | Judge: Hon. Stephen V. Wilson
20 | STOCKWELL, a married couple;       | Date:  January 9, 2017
   | MARRIANNE WINTERS and JOHN         | Time:  1:30 pm.
21 | DOE WINTERS, a married couple;     | Place: Courtroom 10A (1st St.
22 | GENEVA TARANDEK and JOHN           | Courthouse)
   | DOE TARANDEK, a married couple;    |
23 | LORNA CONSOLI and JOHN DOE         |
24 | CONSOLI, a married couple;         |
   | CHARLES RODRIGUEZ and JANE         |
25 | DOE RODRIGUEZ,                     |
26 |            Defendants.             |

27

28

1
DECLARATION OF "JANE DOE RODRIGUEZ"

## DECLARATION OF "JANE DOE RODRIGUEZ"

I, __Erin Rodriguez__, declare as follows:

1. I am married to Charles Rodriguez, a Defendant in this action and a volunteer Board member of the Burbank High School Vocal Music Association Boosters Club ("Boosters Club"), another Defendant in this Action. I understand that Plaintiff in this action has attempted to file suit against "Jane Doe Rodriguez," the wife of Charles Rodriguez. I make this Declaration of my own personal knowledge in support of Defendants' Motion for Summary Judgment.

2. I was not involved in the Boosters Club in anyway. I have no knowledge of any copyright issues or music licensing issues regarding the Burbank High School Show Choir.

3. Before this dispute arose, I knew nothing about any of the facts or legal issues raised by this litigation.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct. Executed this 12th day of December, 2016 at __Burbank__, California.

*/s/ Erin Rodriguez*

__Erin__ Rodriguez

2
DECLARATION OF "JANE DOE RODRIGUEZ"