Eric Bjorgum (Bar No. 198392)
Marc Karish (Bar No. 205440)
KARISH & BJORGUM, PC
119 E. Union St., Suite B
Pasadena, California 91103
Telephone: (213) 785-8070
Facsimile: (213) 995-5010

Attorneys for DEFENDANTS BURBANK HIGH SCHOOL VOCAL MUSIC ASSOCIATION BOOSTERS CLUB, ELLIE STOCKWELL, MARIANNE WINTERS, GENEVA TARANDEK, LORNA CONSOLI, CHARLES RODRIGUEZ, and their respective spouses

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRESONA MULTIMEDIA, LLC, an Arizona limited liability company,<br>　　　　Plaintiff,<br>　　v.<br>BURBANK HIGH SCHOOL VOCAL MUSIC ASSOCIATION; BRETT CARROLL and JOHN DOE CARROLL, a married couple; ELLIE STOCKWELL and JOHN DOE STOCKWELL, a married couple; MARRIANNE WINTERS and JOHN DOE WINTERS, a married couple; GENEVA TARANDEK and JOHN DOE TARANDEK, a married couple; LORNA CONSOLI and JOHN DOE CONSOLI, a married couple; CHARLES RODRIGUEZ and JANE DOE RODRIGUEZ,<br>　　　　Defendants. | Case No. _2:16-CV-04781-SVW (FFMx)_____<br><br>**DECLARATION OF WILLARD WOODS IN SUPPORT OF DEFENDANTS' MOTION FOR SUMMARY JUDGMENT**<br><br>Judge: Hon. Stephen V. Wilson<br>Date: January 9, 2017<br>Time: 1:30 pm.<br>Place: Courtroom 10A (1st St. Courthouse) |

1
DECLARATION OF WILLARD WOODS

## DECLARATION OF WILLARD WOODS

I, Willard Woods, declare as follows:

1. I am the current President of the Board of the Burbank High School Vocal Music Association Boosters Club ("Boosters Club"), a Defendant in this Action. I make this Declaration of my own personal knowledge in support of Defendant's Motion for Summary Judgment.

2. The Boosters Club is a non-profit corporation organized under Internal Revenue Code Section 501(c)(3). It is in good standing. Attached hereto as Exhibit A is a true and correct copy of the Boosters Club's November, 2016 Annual Registration Renewal Fee Report To The Attorney General of California.

3. The Boosters Club currently carries $2,000,000 in General Liability Insurance. Attached hereto as Exhibit B is a true and correct copy of the confirmation of the General Liability policy.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct. Executed this 12th day of December, 2016 at __BURBANK__, California.

_/s/ Willard Woods_

Willard Woods

# Exhibit A

| IN MAIL TO: Registry of Charitable Trusts P.O. Box 903447 Sacramento, CA 94203-4470 Telephone: (916) 445-2021 WEBSITE ADDRESS: http://ag.ca.gov/charities/ | ANNUAL REGISTRATION RENEWAL FEE REPORT TO ATTORNEY GENERAL OF CALIFORNIA Sections 12586 and 12587, California Government Code 11 Cal. Code Regs. sections 301-307, 311 and 312 Failure to submit this report annually no later than four months and fifteen days after the end of the organization's accounting period may result in the loss of tax exemption and the assessment of a minimum tax of $800, plus interest, and/or fines or filing penalties as defined in Government Code Section 12586.1. IRS extensions will be honored. |  |

State Charity Registration Number 124622

BURBANK HIGH SCHOOL VOCAL MUSIC ASSOC BOOSTERS CLUB
Name of Organization

902 N THIRD STREET C/O BHS
Address (Number and Street)

BURBANK, CA 91501
City or Town    State  ZIP Code

Check if:
☐ Change of address
☐ Amended report

Corporate or Organization No. 9590720

Federal Employer I.D. No. 73-1680695

**ANNUAL REGISTRATION RENEWAL FEE SCHEDULE (11 Cal. Code Regs. sections 301-307, 311 and 312)**
Make Check Payable to Attorney General's Registry of Charitable Trusts

| Gross Annual Revenue | Fee | Gross Annual Revenue | Fee | Gross Annual Revenue | Fee |
|---|---|---|---|---|---|
| Less than $25,000 | 0 | Between $100,001 and $250,000 | $50 | Between $1,000,001 and $10 million | $150 |
| Between $25,000 and $100,000 | $25 | Between $250,001 and $1 million | $75 | Between $10,000,001 and $50 million | $225 |
| | | | | Greater than $50 million | $300 |

**PART A — ACTIVITIES**

For your most recent full accounting period (beginning 7/01/15 ending 6/30/16) list:
Gross annual revenue $ 397,800.  Total assets $ 21,661.

**PART B — STATEMENTS REGARDING ORGANIZATION DURING THE PERIOD OF THIS REPORT**

Note: If you answer 'yes' to any of the questions below, you must attach a separate sheet providing an explanation and details for each 'yes' response. Please review RRF-1 instructions for information required.

| | | Yes | No |
|---|---|---|---|
| 1 | During this reporting period, were there any contracts, loans, leases or other financial transactions between the organization and any officer, director or trustee thereof either directly or with an entity in which any such officer, director or trustee had any financial interest? | ☐ | ☒ |
| 2 | During this reporting period, was there any theft, embezzlement, diversion or misuse of the organization's charitable property or funds? | ☐ | ☒ |
| 3 | During this reporting period, did non-program expenditures exceed 50% of gross revenues? | ☐ | ☒ |
| 4 | During this reporting period, were any organization funds used to pay any penalty, fine or judgment? If you filed a Form 4720 with the Internal Revenue Service, attach a copy. | ☐ | ☒ |
| 5 | During this reporting period, were the services of a commercial fundraiser or fundraising counsel for charitable purposes used? If 'yes,' provide an attachment listing the name, address, and telephone number of the service provider. | ☐ | ☒ |
| 6 | During this reporting period, did the organization receive any governmental funding? If so, provide an attachment listing the name of the agency, mailing address, contact person, and telephone number. | ☐ | ☒ |
| 7 | During this reporting period, did the organization hold a raffle for charitable purposes? If 'yes,' provide an attachment indicating the number of raffles and the date(s) they occurred. | ☐ | ☒ |
| 8 | Does the organization conduct a vehicle donation program? If 'yes,' provide an attachment indicating whether the program is operated by the charity or whether the organization contracts with a commercial fundraiser for charitable purposes. | ☐ | ☒ |
| 9 | Did your organization have prepared an audited financial statement in accordance with generally accepted accounting principles for this reporting period? | ☐ | ☒ |

Organization's area code and telephone number 818-970-9508
Organization's e-mail address PRESIDENT@BHSVOCAL.COM

I declare under penalty of perjury that I have examined this report, including accompanying documents, and to the best of my knowledge and belief, it is true, correct and complete.

_[signature]_  WILLARD L. WOODS, JR.   PRESIDENT-BHS VMA   11/24/16
Signature of authorized officer    Printed Name       Title              Date

CAEA9801L 11/30/15                                            RRF-1 (3-05)

# Exhibit B

C   *  S1*09/02/16*GLP1467711-00              ORIG IMAGE COPY

0694932    GREAT AMERICAN INS CO OF NY

**GREAT AMERICAN**
INSURANCE GROUP

Administrative Offices
301 E 4th Street
Cincinnati OH 45202-4201
513 369 5000 ph

CG 74 00   (Ed.07/01)

Policy: GLP 146-77-11  00

## BUSINESSPRO GENERAL LIABILITY COVERAGE PART
## DECLARATION PAGE

| NAMED INSURED: BURBANK VOCAL MUSIC ASSOCIATION BOOSTERS CLUB | POLICY PERIOD: 08/31/2016 to 08/31/2017 |
|---|---|

**LIMITS OF INSURANCE:**

| | | |
|---|---|---|
| General Aggregate Limit (Other Than Products - Completed Operations) | $ | 2,000,000 |
| Products - Completed Operations Aggregate Limit | $ | 2,000,000 |
| Personal and Advertising Injury Limit | $ | 1,000,000 |
| Each Occurrence Limit | $ | 1,000,000 |
| Damage to Premises Rented to You Limit | $ | 100,000  Any One Premises |
| Medical Expense Limit | $ | 5,000  Any One Person |

**FORM OF BUSINESS:** CORPORATION

**TOTAL ESTIMATED PREMIUM:**    $603.00

| Products/Completed Operations | All Other |
|---|---|
| $ | $   603.00 |

**SCHEDULE OF LOCATIONS**

Location: 0001   Building: 0001
          902 N THIRD ST.
          BURBANK, CA 91502

CODE NUMBER: 01211                        PREMIUM BASIS: MANUAL RATED - NON-AUDIT
Classification: SIGNATURE GENERAL LIABILITY BROADENING ENDORSEMENT

| Products/Completed Operations | All Other |
|---|---|
| EXPOSURE: | EXPOSURE:   IF ANY |
| RATE: | RATE: |
| PREMIUM:   $0.00 | PREMIUM:   $200.00 |

BUSINESSPRO (Reg. U.S. Pat. Off.)

CG 74 00     07/01            (Page  1 of  2)

0694932   GREAT AMERICAN INS CO OF NY

**GREATAMERICAN**
INSURANCE GROUP

Administrative Offices
301 E 4th Street
Cincinnati OH 45202-4201
513 369 5000 ph

CG 74 00   (Ed.07/01)

Policy: GLP 146-77-11   00

## BUSINESSPRO GENERAL LIABILITY COVERAGE PART
## DECLARATION PAGE

CODE NUMBER: 41670 LOC: 0001 BLDG: 0001 PREMIUM BASIS: PER EACH MEMBER
Classification: CLUBS - CIVIC, SERVICE OR SOCIAL - NO BUILDINGS OR PREMISES
OWNED OR LEASED EXCEPT FOR OFFICE PURPOSES - NOT-FOR-PROFIT
PRODUCTS-COMPLETED OPERATIONS COVERAGE IS INCLUDED BUT IS
SUBJECT TO THE GENERAL AGGREGATE LIMIT NOT THE PRODUCT COMPLETED
OPERATION AGGREGATE LIMIT, IF ANY

| Products/Completed Operations | | All Other | |
|---|---|---|---|
| EXPOSURE: | | EXPOSURE: | 150 |
| RATE: | INCLUDED | RATE: | 2.689 |
| PREMIUM: | INCLUDED | PREMIUM: | $403.00 |

**FORMS AND ENDORSEMENTS** applying to this Coverage Part and made part of this Policy at time of issue:
**SEE   CG 88 01   11/85**

BUSINESSPRO (Reg. U.S. Pat. Off.)

CG 74 00   07/01   (Page 2 of 2)