ATKINSON, ANDELSON, LOYA, RUUD & ROMO
 A Professional Corporation
Aaron S. Craig (Bar No. 204741)
    acraig@aalrr.com
Scott D. Danforth (Bar No. 258382)
    sdanforth@aalrr.com
 201 South Lake Avenue, Suite 302
 Pasadena, California 91101-4869
 Telephone:  (626) 583-8600
 Fax:  (626) 583-8610


Attorneys for Defendant and Third Party Plaintiff
BRETT CARROLL

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRESONA MULTIMEDIA, LLC, an Arizona limited liability company,, <br><br> Plaintiff, <br><br> v. <br><br> BURBANK HIGH SCHOOL VOCAL MUSIC ASSOCIATION; BRETT CARROLL and JOHN DOE CARROLL, a married couple; ELLIE STOCKWELL and JOHN DOE STOCKWELL, a married couple; MARIANNE WINTERS and JOHN DOE WINTERS, a married couple; GENEVA TARANDEK and JOHN DOE TARANDEK, a married couple; LORNA CONSOLI and JOHN DOE CONSOLI, a married couple; CHARLES RODRIGUEZ and JANE DOE RODRIGUEZ, a married couple, <br><br> Defendants. | Case No. 2:16-CV-04781-SVW (FFMx) <br><br> **STIPULATION FOR DISMISSAL OF THIRD PARTY CLAIMS** <br><br> Judge:  Hon. Stephen V. Wilson <br> Date:  February 13, 2017 <br> Time:  1:30 am. <br> Place:  Courtroom 10A <br>     (1st St. Courthouse) <br> Trial:  Vacated |
| BRETT CARROLL, an individual and employee of the BURBANK UNIFIED SCHOOL DISTRICT, <br><br> Third-Party Plaintiff, <br><br> v. <br><br> JOSH GREENE, an individual; SQUAREPLAY, INC. d/b/a | |

006237.00009
15269411.1

- 1 -

STIPULATION FOR DISMISSAL OF THIRD PARTY CLAIMS

1   | SQUAREPLAY ENTERTAINMENT,
2   | a California corporation; and DOES 1-
    | 10,
3   |            Third-Party
    |            Defendants
4   |

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

006237.00009
15269411.1

STIPULATION FOR DISMISSAL OF THIRD PARTY CLAIMS

1    Whereas the Court has granted summary judgment to Defendant Brett Carroll
2    and to Defendant Burbank High School Vocal Music Association Boosters Club as
3    to the claims against them brought by Plaintiff Tresona Multimedia, LLC
4    ("Tresona"); and

5    Whereas the grant of summary judgment means that the third party claims
6    brought by each of Mr. Carroll and Burbank High School Vocal Music Association
7    Boosters Club against Third Party Defendants Josh Greene and Squareplay, Inc. dba
8    Squareplay Entertainment (the "Third Party Claims") are largely moot, and, to the
9    extent any of the Third Party Claims are not moot, that in order to achieve finality
10   and obtain entry of judgment against Tresona, Third Party Plaintiffs have elected not
11   to pursue the Third Party Claims against Third Party Defendants, subject to
12   Tresona's claims being revived by virtue of a successful appeal or motion for
13   reconsideration;

14   Therefore, Third Party Plaintiffs Brett Carroll and Burbank High School
15   Vocal Music Association Boosters Club, and Third Party Defendants Josh Greene
16   and Squareplay, Inc. dba Squareplay Entertainment, pursuant to Fed.R.Civ.P.
17   41(a)(1)(A)(ii) (the "Dismissing Parties"), hereby stipulate to dismissal without
18   prejudice of the Third Party Claims in this action.  As against each other, each of
19   Carroll, Burbank High School Vocal Music Association Boosters Club, Josh Greene
20   and Squareplay, Inc. hereby stipulate and agree to bear their own costs, expenses
21   and attorneys' fees with respect to the Third Party Claims only.  For the avoidance
22   of doubt, this stipulation does not affect any rights the Dismissing Parties have
23   against any other person or entity, including without limitation Plaintiff Tresona
24   Multimedia, LLC.

25   Notwithstanding the foregoing, in the event that Tresona's claims are revived
26   against Brett Carroll and/or Burbank High School Vocal Music Association
27   Boosters Club by virtue of a successful appeal or motion for reconsideration, and
28   Brett Carroll and/or Burbank High School Vocal Music Association Boosters Club

006237.00009
15269411.1

- 3 -

STIPULATION FOR DISMISSAL OF THIRD PARTY CLAIMS

1   subsequently reinstate the Third Party Claims against Third Party Defendants, such

2   an event will serve to rescind the agreement above that the parties shall bear their

3   own costs, expenses and attorneys' fees with respect to the Third Party Claims.

4

5    Dated:  March 3, 2017                          Respectfully submitted,

6                                                   **KARISH & BJORGUM PC**

7

8    By: /s/ ***Eric Bjorgum***
             A. Eric Bjorgum
9    Attorney for Defendant and Third
     Party Plaintiff BURBANK HIGH
10   SCHOOL VOCAL MUSIC
     ASSOCIATION BOOSTERS CLUB

11

12   **ATKINSON, ANDELSON,**
     **LOYA, RUUD & ROMO**

13

14   By: /s/  ***Aaron S. Craig***
             Aaron S. Craig
15   Attorney for Defendant and Third Party
     Plaintiff Brett Carroll

16

17   **LECLAIRRYAN, LLP**

18

19   By: /s/  ***Christiane C. Kinney***
             Christiane C. Kinney
20   Attorney for Third Party Defendants
     Josh Greene and Squareplay, Inc.

21

22

23

24

25

26

27

28

STIPULATION FOR DISMISSAL OF THIRD PARTY CLAIMS