006237.00009
16200728.1

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRESONA MULTIMEDIA, LLC, an Arizona limited liability company,, <br><br>Plaintiff, <br><br>v. <br><br>BURBANK HIGH SCHOOL VOCAL MUSIC ASSOCIATION; BRETT CARROLL and JOHN DOE CARROLL, a married couple; ELLIE STOCKWELL and JOHN DOE STOCKWELL, a married couple; MARIANNE WINTERS and JOHN DOE WINTERS, a married couple; GENEVA TARANDEK and JOHN DOE TARANDEK, a married couple; LORNA CONSOLI and JOHN DOE CONSOLI, a married couple; CHARLES RODRIGUEZ and JANE DOE RODRIGUEZ, a married couple, <br><br>Defendants. | Case No. 2:16-CV-04781-SVW (FFMx) <br><br>**JUDGMENT** <br><br>Judge:  Stephen V. Wilson <br><br>Complaint Filed: June 29, 2016 <br>Trial Date:   None <br><br>JS-6 |
| BRETT CARROLL, an individual and employee of the BURBANK UNIFIED SCHOOL DISTRICT; BURBANK HIGH SCHOOL VOCAL MUSIC ASSOCIATION BOOSTERS CLUB, <br><br>Third-Party Plaintiffs, <br><br>v. <br><br>JOSH GREENE, an individual; SQUAREPLAY, INC. d/b/a | |

[PROPOSED] JUDGMENT

| | |
|---|---|
| SQUAREPLAY ENTERTAINMENT, a California corporation; and DOES 1-10, | |
| Third-Party Defendants | |

On June 29, 2016, Plaintiff Tresona Multimedia, LLC filed this suit for copyright infringement against Brett Carroll, the Burbank High School Vocal Music Association Boosters Club, Ellie Stockwell, Marianne Winters, Geneva Tarandek, Lorna Consoli, Charles Rodriguez, and DOE Defendants.

On December 22, 2016, this Court issued an order granting Brett Carroll's motion for summary judgment. On February 22, 2017, this Court issued a separate order granting summary judgment for the remaining Defendants Burbank High School Vocal Music Association Boosters Club, Ellie Stockwell, Marianne Winters, Geneva Tarandek, Lorna Consoli, Charles Rodriguez and their DOE spouses. Thereafter, the cross-actions regarding Third Party Defendants Josh Greene and Squareplay Entertainment, Inc. were voluntarily dismissed.

On June 7, 2017, this Court issued an order denying Plaintiff's Motion for Reconsideration of the Court's December 22, 2016 Ruling Granting Summary Judgment to Brett Carroll.

After due consideration of the parties' briefing and all evidence presented,

IT IS ORDERED AND ADJUDGED that the Plaintiff shall take nothing, that the action shall be dismissed on the merits with prejudice against all Defendants, and that Defendants shall recover their costs.

**IT IS SO ORDERED**

Date: June 15, 2017

_____
**Honorable Stephen V. Wilson**