FILED

MAY 10 2019

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| TRESONA MULTIMEDIA, LLC, an Arizona limited liability company,<br><br>　　　　Plaintiff-Appellant,<br><br>　v.<br><br>BURBANK HIGH SCHOOL VOCAL MUSIC ASSOCIATION; et al.,<br><br>　　　　Defendants-Appellees. | No.　17-56006<br><br>D.C. No.<br>2:16-cv-04781-SVW-FFM<br>Central District of California,<br>Los Angeles<br><br>ORDER |
| TRESONA MULTIMEDIA, LLC, an Arizona limited liability company,<br><br>　　　　Plaintiff-Appellee,<br><br>　v.<br><br>BURBANK HIGH SCHOOL VOCAL MUSIC ASSOCIATION; et al.,<br><br>　　　　Defendants-Appellants,<br><br>　and<br><br>BRETT CARROLL; JOHN DOE CARROLL, a married couple,<br><br>　　　　Defendants. | No.　17-56417<br><br>D.C. No.<br>2:16-cv-04781-SVW-FFM |
| TRESONA MULTIMEDIA, LLC, an Arizona limited liability company, | No.　17-56419 |

|  | D.C. No. |
|---|---|
| Plaintiff-Appellee, | 2:16-cv-04781-SVW-FFM |
| v. | |
| BRETT CARROLL; JOHN DOE CARROLL, a married couple, | |
| Defendants-Appellants, | |
| and | |
| BURBANK HIGH SCHOOL VOCAL MUSIC ASSOCIATION; et al., | |
| Defendants. | |

Before: WARDLAW and HURWITZ, Circuit Judges, and KORMAN,[*] District Judge.

At oral argument, the parties should be prepared to discuss whether Appellees Carroll and Burbank High School Vocal Music Association are entitled to an affirmative defense of fair use under 17 U.S.C. § 107 for use of the song "Magic."

**IT IS SO ORDERED**.

---

[*] The Honorable Edward R. Korman, United States District Judge for the Eastern District of New York, sitting by designation.

2