1 DAVID A. STEINBERG (SBN 130593)
    das@msk.com
2 MITCHELL SILBERBERG & KNUPP LLP
3 2049 Century Park East, 18th Floor
Los Angeles, CA 90067-3120
Telephone: (310) 312-2000
4 Facsimile: (310) 312-3100

5 Attorneys for Plaintiff
Tresóna Multimedia, LLC

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRESONA MULTIMEDIA, LLC, an Arizona limited liability company, | CASE NO. 2:16-cv-04781-SVM-FFM |
| Plaintiff, | **NOTICE OF SETTLEMENT AND STIPULATION OF DISMISSAL** |
| v. | (Assigned to the Honorable Stephen V. Wilson) |
| BURBANK HIGH SCHOOL VOCAL MUSIC ASSOCIATION, et al., | |
| Defendants. | |
| BRETT CARROLL, an individual and employee of the Burbank Unified School District, | |
| Third Party Plaintiff, | |
| v. | |
| JOSH GREENE, an individual; SQUAREPLAY, INC., dba SQUAREPLAY ENTERTAINMENTS, a California corporation ; and DOES 1-10, | |
| Third Party Defendant. | |

PLEASE TAKE NOTICE that Plaintiff Tresóna Multimedia, LLC and Defendants Brett Carroll, John Doe Carroll, Burbank High School Vocal Music Association, Ellie Stockwell, John Doe Stockwell, Marianne Winters, Daniel Winters a/k/a John Doe Winters, Geneva Tarandek, Ed Tarandek a/k/a John Doe Tarandek, Lorna Consoli, Mariano Perez a/k/a John Doe Consoli, Charles Rodriguez, and Erin Rodriguez a/k/a Jane Doe Rodriguez have entered into an agreement to settle this case, pursuant to which all proceedings in this matter are resolved with prejudice with all parties bearing their own costs and fees, except as otherwise stated in the agreement.

Respectfully submitted,

Dated: February 3, 2021

*/s/ David A. Steinberg*
David A. Steinberg
Mitchell Silberberg & Knupp LLP
2049 Century Park East, 18th Floor
Los Angeles, CA 90067-3120
Telephone: (310) 312-2000
Fascimile: (310) 312-3100

Attorneys for Tresóna Multimedia, LLC

Dated: February 3, 2021

*/s/ A. Eric Bjorgum*
Marc Karish
A. Eric Bjorgum
Karish & Bjorgum, PC
119 E. Union Street, Suite B
Pasadena, CA 91103
Telephone: (213) 785-8070
Fascimile: (213) 995-5010

Attorneys for Burbank High School Vocal Music Association, et al.

| | |
|---|---|
| Dated: February 3, 2021 | */s/ Scott D. Danforth* |
| | Marlon C. Wadlington |
| | Scott D. Danforth |
| | Atkinson, Andelson, Loya, Ruud & Romo |
| | 12800 Center Court Drive South, Ste. 300 |
| | Cerritos, CA 90703-9364 |
| | Telephone: (562) 653-3200 |
| | Fascimile: (562) 653-3333 |
| | |
| | Attorneys for Brett Carroll |

## Attestation Regarding Signatures

I, David A. Steinberg, attest that all signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

Dated: February 3, 2021           By: /s/David A. Steinberg
                                            David A. Steinberg

**CERTIFICATE OF FILING AND SERVICE**

I certify that on this 3rd day of February, 2021, a copy of the foregoing was served on counsel of record via CM/ECF.

*Respectfully Submitted,*

*/s/ David A. Steinberg*
David A. Steinberg
MITCHELL SILBERBERG & KNUPP LLP
2049 Century Park East, 18th Floor
Los Angeles, CA  90067-3120
Telephone: (310) 312-2000
Facsimile: (310) 312-3100

*Attorneys for TRESÓNA MULTIMEDIA, LLC*